(April 12, 1971)

JOSEPH B. HINES, JR., Respondent, v. CITY OF POUGHKEEPSIE et al., Appellants.—

Hopkins, Acting P. J., Gulotta, Christ, Brennan and Benjamin, JJ., concur.

In the Matter of WILLIAM CANADA, Respondent, v. PAUL D. McGINNIS, as Commissioner of Correction, et al., Appellants.—

Rabin, P. J., Hopkins, Munder, Martuscello and Shapiro, JJ., concur.